**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-1427**

─────────────

In re:  MARC CHRISTOPHER BROWN, JR.,

            Petitioner.

─────────────

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland, at Baltimore.  (1:24-cv-00250-TDC)

─────────────

Submitted:  June 17, 2025                        Decided:  June 23, 2025

─────────────

Before GREGORY, QUATTLEBAUM, and BERNER, Circuit Judges.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Marc Christopher Brown, Jr., Petitioner Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Marc Christopher Brown, Jr., petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2254 petition.  He seeks an order from this court directing the district court to act.  The present record does not reveal undue delay in the district court.  Accordingly, we deny the mandamus petition.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*